```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,   )  2:07-CV-01265-LEW-JFM
                                )
12           Plaintiff,         )  APPLICATION AND ORDER FOR
                                )  PUBLICATION
13       v.                     )
                                )
14  2006 CHRYSLER 300 LIMITED,  )
    VIN: 2C3KA53G06H145110,     )
15  LICENSE NUMBER 5NWX410,     )
                                )
16           Defendant.         )
    _____)
17
```

18    The United States of America, Plaintiff herein, applies for
19 an order of publication as follows:
20    1.  Rule G(4) of the Supplemental Rules for Certain
21 Admiralty and Maritime Claims (hereafter "Supplemental Rules")
22 provides that the Plaintiff shall cause public notice of the
23 action and arrest to be given in a newspaper of general
24 circulation, designated by order of the Court;
25    2.  Local Rule 83-171, Eastern District of California,
26 provides that the Court shall designate by order the appropriate
27 newspaper for publication;
28    3.  The defendant 2006 Chrysler 300 Limited, VIN:

1  2C3KA53G06H145110, License Number 5NWX410 (hereafter "defendant
2  vehicle") was seized in the city of Sacramento, in Sacramento
3  County, California.  The Drug Enforcement Administration ("DEA")
4  published notice of the nonjudicial forfeiture of the defendant
5  vehicle on March 12, 19, and 26, 2007 in the <u>Wall Street Journal</u>.
6       4.   Plaintiff proposes that publication be made as follows:
7            a.   One publication;
8            b.   In the following newspaper, a legal newspaper of
9  general circulation, located in the county in which the defendant
10 vehicle was seized: <u>The Daily Recorder</u>;
11           c.   The publication is to include the following:
12                (1)  The Court, title and number of the action;
13                (2)  The date of the arrest/seizure;
14                (3)  The identity and/or description of the
15 property arrested/seized;
16                (4)  The name, address, and telephone number of
17 the attorney for the Plaintiff;
18                (5)  A statement that claims of persons entitled
19 to possession or claiming an interest pursuant to Supplemental
20 Rule G(5) must be filed with the Clerk and served on the attorney
21 for the Plaintiff within 30 days after the date of publication;
22                (6)  A statement that answers to the Complaint or
23 a motion under Rule 12 of the Federal Rules of Civil Procedure
24 ("Fed. R. Civ. P.") must be filed and served within 20 days after
25 the filing of the claims and, in the absence thereof, default may
26 be entered and condemnation ordered;
27                (7)  A statement that applications for
28 intervention under Fed. R. Civ. P., Rule 24 by persons claiming

maritime liens or other interests shall be filed within the 30 days allowed for claims for possession; and

        (8) The name, address, and telephone number of the U.S. Marshal and/or Department of Treasury.

Dated: June 25, 2007        McGREGOR W. SCOTT
                                     United States Attorney

                                       /s/ Kristin S. Door
                                       KRISTIN S. DOOR
                                       Assistant U.S. Attorney

**ORDER**

    IT IS SO ORDERED.

Dated: July 2, 2007.

UNITED STATES MAGISTRATE JUDGE

/2006Chrysler.o

3