```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   2:07-CV-01265 LEW-JFM
                                 )
12         Plaintiff,            )   REQUEST FOR FURTHER STAY
                                 )   AND ORDER
13                               )
    2006 CHRYSLER 300 LIMITED,   )
14  VIN: 2C3KA53G06H145110,      )
    LICENSE NUMBER 5NWX410,      )   DATE: N/A
15                               )   TIME: N/A
           Defendant.            )   COURTROOM: N/A
16  _____)

17
```

18      On October 4, 2007, this Court stayed further proceedings in
19 this case pending the outcome of claimant Joanne Rudulph's drug
20 trafficking charges then pending in Sacramento County Superior
21 Court.  At that time trial was scheduled for October 4, 2007.
22      On January 2, 2008, undersigned counsel contacted claimant's
23 counsel, William Dedman, to ask about the status of the criminal
24 case.  Mr. Dedman stated the case had ended in a mistrial and the
25 Sacramento County District Attorney planned to retry the case.
26      On January 8, 2008, undersigned counsel contacted the
27 District Attorney's Office and was advised that claimant
28 Rudulph's retrial is scheduled for January 24, 2008.

                                1

1     Accordingly, plaintiff requests that this case be stayed an
2 additional 90 days.

3

4 Date: January 8, 2008
                                  McGREGOR SCOTT
5                                   United States Attorney

6                            By   /s/ Kristin S. Door
                                  KRISTIN S. DOOR
7                                   Assistant U.S. Attorney
                                  Attorneys for plaintiff
8                                   United States of America

9                             **ORDER**

10     For the reasons set forth above, this matter is stayed
11 pursuant to 18 U.S.C. §§ 981(g)(1) and 21 U.S.C. § 881(i) for 90
12 days.  On or before April 8, 2008, the parties will advise the
13 Court whether a further stay is necessary.

14     If the parties do not request a further stay, they will
15 submit a joint status report on April 8,  2008, addressing the
16 issues listed in the Order Requiring Joint Status Report filed
17 herein on June 27, 2007.

18

19 IT IS SO ORDERED.

20 Dated: January 8, 2008                /s/ Ronald S. W. Lew
                                        HON. RONALD S.W. LEW
21                                         Senior U.S. District Judge
                                        UNITED STATES DISTRICT JUDGE