1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   2:07-CV-01265 LEW-JFM
                                )
12          Plaintiff,          )   STATUS REPORT AND REQUEST
                                )   TO EXTEND STAY
13                              )
   2006 CHRYSLER 300 LIMITED,   )
14 VIN: 2C3KA53G06H145110,      )
   LICENSE NUMBER 5NWX410,      )   DATE: N/A
15                              )   TIME: N/A
            Defendant.          )   COURTROOM: N/A
16 _____)

17

18      On January 8, 2008, undersigned counsel contacted the

19 District Attorney's Office and was advised that claimant

20 Rudulph's retrial on state drug charges was scheduled for January

21 24, 2008.  Thereafter, on January 9, 2008, this Court stayed

22 further proceedings in this case for 90 days pending the outcome

23 of claimant Joanne Rudulph's drug trafficking charges which had

24 ended in a mistrial.

25      On April 18, 2008, undersigned counsel was advised by Deputy

26 District Attorney Laura Froom that Ms. Rudulph's trial has been

27 continued to July 24, 2008.  Accordingly, plaintiff requests that

28 this action be stayed until September 1, 2008.

                                1

1  Date: April 18, 2008
2                                       McGREGOR SCOTT
                                        United States Attorney
3
4                           By   /s/ Kristin S. Door
                                 KRISTIN S. DOOR
5                                Assistant U.S. Attorney
                                 Attorneys for plaintiff
6                                United States of America

7                                **ORDER**

8       For the reasons set forth above and in the Status Report and
9  Request for Stayed filed herein on October 11, 2007, this matter
10 is stayed pursuant to 18 U.S.C. §§ 981(g)(1) and 21 U.S.C. §
11 881(i) until September 1, 2008.  On or before September 1, 2008,
12 the parties will advise the Court whether a further stay is
13 necessary.
14      If the parties do not request a further stay, they will
15 submit a joint status report on September 1, 2008, addressing the
16 issues listed in the Order Requiring Joint Status Report filed
17 herein on June 27, 2007.
18
19 IT IS SO ORDERED.
20 Dated: April 18, 2008
21                                /s/ Ronald S. W. Lew
                                  HON. RONALD S.W. LEW
22                                Senior U.S. District Judge
                                  UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28

2