McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-CV-01265 LEW-JFM |
| | ) | |
| Plaintiff, | ) | STATUS REPORT AND REQUEST |
| | ) | TO EXTEND STAY |
| | ) | |
| 2006 CHRYSLER 300 LIMITED, | ) | |
| VIN: 2C3KA53G06H145110, | ) | |
| LICENSE NUMBER 5NWX410, | ) | DATE: N/A |
| | ) | TIME: N/A |
| Defendant. | ) | COURTROOM: N/A |
| _____ | ) | |

　　　On April 21, 2008, the Hon. Ronald S.W. Lew stayed further proceedings in this case until September 1, 2008, pending the retrial of claimant Joanne Rudulph's drug trafficking charges. The first trial had ended in a mistrial. The retrial was scheduled to commence on July 24, 2008.

　　　Today AUSA Kristin Door was informed that the Sacramento Count District Attorney's Office dismissed the charges against claimant Joanne Rudulph. AUSA Door has not yet been able to contact Laura Froom, the deputy district attorney assigned to the case, to determine why the charges were dismissed. At this point AUSA Door does not know if the reason for the dismissal would

1

affect this forfeiture case. For this reason, the parties request that the stay be extended to September 15, 2008, so that AUSA Door can determine whether the government will proceed with this forfeiture.

If the forfeiture is to proceed, the parties will submit a status (pretrial scheduling) report on September 15, 2008. If not, the parties will submit a stipulation for dismissal.

Date: September 2, 2008

    McGREGOR SCOTT
    United States Attorney

By  /s/ Kristin S. Door
    KRISTIN S. DOOR
    Assistant U.S. Attorney
    Attorneys for plaintiff

Date: September 2, 2008

By  /s/ William F. Dedman
    WILLIAM F. DEDMAN
    Attorney for
    claimant

**ORDER**

For the reasons set forth above and in the Status Report and Request for Stay filed herein on September 2, 2008, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1) and 21 U.S.C. § 881(i) until September 15, 2008. On or before September 15, 2008, the parties will submit a joint status (pretrial scheduling) report or a stipulation for dismissal.

IT IS SO ORDERED.

Dated: September 3, 2008

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U. S. DISTRICT JUDGE