1  LAWRENCE G. BROWN
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:07-cv-01265-JAM-JFM |
|---|---|---|
| Plaintiff, | ) | FINAL JUDGMENT OF FORFEITURE |
| v. | ) | |
| 2006 CHRYSLER 300 LIMITED, VIN: 2C3KA53G06H145110, LICENSE NUMBER 5NWX410, | ) | |
| Defendant. | ) | |

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, the Court finds:

1. This is a civil forfeiture action against a 2006 Chrysler 300 Limited, VIN: 2C3KA53G06H145110, License Number 5NWX410 (hereafter "defendant vehicle") seized on or about December 13, 2006, in Sacramento, California.

2. A Verified Complaint for Forfeiture *In Rem* (hereafter "Complaint") was filed on June 26, 2007, seeking the forfeiture of the defendant vehicle, alleging that said property is subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(4), as property that was intended to be used to

transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of a controlled substance or listed chemical in violation of 21 U.S.C. § 841 *et seq*.

    3.   On June 28, 2007, the Court issued a Warrant for Arrest of Articles *In Rem* for the defendant vehicle, and that warrant was duly executed on July 11, 2007.

    4.   On or about July 9, 2007, copies of the Complaint, Warrant for Arrest of Articles *In Rem*, Order Regarding Clerk's Issuance of Warrant for Arrest of Articles *In Rem,* Application and Order for Publication, and court notices were personally served on Cleo Johnson.  On that same day, Ms. Johnson, a person of suitable age and discretion, accepted service for Joanne Marie Rudulph at Joanne Marie Rudulph's last known residence located at 6336 Sun River Drive, in Sacramento, California.

    5.   On July 27, 2007, a Public Notice of Arrest and Seizure of the defendant vehicle appeared by publication in <u>The Daily Recorder</u>, a newspaper of general circulation in the county in which the defendant vehicle was seized (Sacramento County).  The Proof of Publication was filed with the Court on August 7, 2007.

    6.   Claimants filed a Verified Claim and Answer to the Complaint on or about July 30, 2007.  No other parties have filed claims or answers in this matter, and the time for which any person or entity may file a claim and answer has expired.

    7.   Claimants represent and warrant that they are the sole owners of the defendant vehicle.

    Based on the above findings, and the file and records of the

Court, it is hereby ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. Judgment is hereby entered against Cleo Johnson and Joanne Marie Rudulph, and all other potential claimants who have not filed claims to this action.

3. Claimants Cleo Johnson and Joanne Marie Rudulph shall pay to the United States the sum of $7,500.00 (the "settlement amount"), as a substitute *res* in lieu of the defendant vehicle.

    a. Payment shall be within 30 days from the signing of the Stipulation for Final Judgment of Forfeiture.

    b. Payment shall be by cashier's check or money order payable to the U.S. Marshals Service. The cashier's check or money order shall be mailed to the U.S. Attorneys Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814-2322. Said payment shall be substituted as the *res* herein, and shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(4), to be disposed of according to law. Upon full payment of the settlement amount, the United States will forego any further action against the defendant vehicle based on the facts alleged in the Complaint. Within thirty (30) days of full payment of the settlement amount, the United States will release the defendant vehicle, as is, to Claimants Cleo Johnson and Joanne Marie Rudulph.

    c. If payment in full is not made within 30 days from the date of signing the Stipulation for Final Judgment of Forfeiture, claimants will be deemed to be in default of their

1 agreement, and all right, title, and interest in the defendant
2 vehicle shall be forfeited to the United States pursuant to 21
3 U.S.C. § 881(a)(4), to be disposed of according to law.
4     4.   Plaintiff United States of America and its servants,
5 agents, and employees, and all other public entities, their
6 servants, agents, and employees, are released from any and all
7 liability arising out of or in any way connected with the arrest,
8 seizure or forfeiture of the settlement amount or the defendant
9 vehicle.  This is a full and final release applying to all
10 unknown and unanticipated injuries, and/or damages arising out of
11 said arrest, seizure, or forfeiture, as well as to those now
12 known or disclosed.  The parties waive the provisions of
13 California Civil Code § 1542.
14     5.   Pursuant to the stipulation of the parties, and the
15 allegations set forth in the Verified Complaint for Forfeiture *In*
16 *Rem* filed June 26, 2007, the Court finds that there was
17 reasonable cause for the seizure and arrest of the defendant
18 vehicle, and a Certificate of Reasonable Cause pursuant to 28
19 U.S.C. § 2465 shall be entered accordingly.
20     6.   The parties shall bear their own costs and attorney
21 fees.
22 Dated: August 3, 2009

        /s/ John A. Mendez
23      JOHN A. MENDEZ
        United States District Judge
24 ///
25 ///
26 ///
27 ///
28 ///

CERTIFICATE OF REASONABLE CAUSE

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein and the allegations set forth in the Verified Complaint for Forfeiture *In Rem* filed June 26, 2007, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure of the defendant vehicle.

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge